Larry O. Folks, Esq. #012142
**FOLKS & O'CONNOR, PLLC**
1850 N. Central Ave, Suite 1140
Phoenix, Arizona 85004
Telephone: (602) 256-5906
Facsimile: (602) 256-9101
E-mail: *folks@folksoconnor.com*
*Attorneys for M&I Marshall & Ilsley Bank*

Dean M. Dinner, Esq. #010216
**Nussbaum & Gillis, PC**
14500 N. Northsight Blvd., Suite 116
Scottsdale, AZ 85260
Telephone: (480) 609-0011
Facsimile: (480) 609-0016
*Attorneys for the Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JAMES R. BAKER,<br><br>Debtor. | Chapter 11 Proceeding<br><br>Case No.: 2:08-bk-12806-RJH |
| M&I MARSHALL & ILSLEY BANK, a Wisconsin corporation,<br><br>Movant,<br><br>v.<br><br>JAMES R. BAKER,<br><br>Respondent. | **STIPULATION PROVIDING FOR: (1) RELIEF FROM THE AUTOMATIC STAY; AND (2) OTHER RELATED RELIEF**<br><br>(Concerns Real Property Located at 5620 E. Nauni Valley Dr. Paradise Valley, AZ 85253) |

M&I Marshall & Ilsley Bank, a Wisconsin corporation ("M&I Bank"), a secured creditor in the above-captioned bankruptcy proceeding, and James R. Baker, the debtor and debtor-in-possession (the "Debtor"), hereby submit this written stipulation (this "Stipulation") and represent the following to the Bankruptcy Court:

## I.

## RECITALS

1. On September 23, 2008 (the "Petition Date"), the Debtor filed a voluntary petition relief under Chapter 11 of the Bankruptcy Code.

2. On February 8, 2007, James R. Baker executed and delivered to M&I Bank a certain Mortgage Note in the original principal balance of $1,672,000.00 (the "Note"). A true and accurate copy of the Note is attached hereto as Exhibit 1 and is herein incorporated by this reference.

3. On February 8, 2007, James R. Baker, as trustor, executed and delivered to M&I Bank, as beneficiary, a certain Deed of Trust which was recorded on March 13, 2007, with the Maricopa County Recorder as Instrument No. 2007-0297498 (the "Deed of Trust") to pledge a security interest in and lien upon the property located at 5620 E. Nauni Valley Dr., Paradise Valley, Arizona and legally described by the Deed of Trust (the "Property"). A true and accurate copy of the Deed of Trust is attached hereto as Exhibit 2 and is herein incorporated by this reference.

4. M&I Bank is the sole holder and owner of the Note and Deed of Trust.

5. The Note and Deed of Trust, taken collectively, evidence M&I Bank's valid, perfected and first-priority lien upon the Property.

6. As of the Debtor's Petition Date, the balance due under the Note was comprised of the following: (i) $1,671,799.64 of unpaid principal; (ii) $67,867.04 of accrued and unpaid interest; and (iii) $2,850.38 of late fees: (iv) $269.50 appraisal fee; and (v) attorney fees and costs of $650.00 for a total of $1,743,436.56 (the "Loan Balance").

7. The Debtor has not paid any post-petition payments to M&I Bank.

///

2

## II.

## OPERATIVE PROVISIONS

WHEREFORE, based upon the foregoing, M&I Bank and the Debtor hereby **STIPULATE AND AGREE** as follows:

A.  That the <u>Recitals</u> set forth above are true and correct and are hereby incorporated into this <u>Operative Provisions</u> section of this Stipulation by reference;

B.  That on November 12, 2008, M&I Bank filed and properly noticed in this proceeding a <u>Motion For Relief From the Automatic Stay</u> (the "MFR") pursuant to the requirements of Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1, that the Debtor was the only party to file an Objection to the MFR and, as a result, no additional notice shall be required to obtain Bankruptcy Court approval of the terms and conditions of this Stipulation;

C.  The Debtor hereby acknowledges that M&I Bank holds a valid, perfected and enforceable first-priority lien upon the Property and shall retain such lien upon the Property;

D.  The Debtor acknowledges that neither M&I Bank's lien upon the Property, nor any transfer made to M&I Bank, is subject to avoidance under Bankruptcy Code §§544, 545, 546, 547, 548, 549, 550, nor any other provision of the Bankruptcy Code;

E.  That M&I Bank's secured claim evidenced by the Note and Deed of Trust is an allowed secured claim as defined by Bankruptcy Code §§502(a) and 506(a);

F.  That Debtor shall maintain insurance coverage on the Property in an amount which is at least equal to the amount of insurance coverage required under the Note and Deed of Trust;

G.  Debtor and M&I Bank hereby agree that upon entry of a Bankruptcy

3

Court order approving the terms set forth in this Stipulation, M&I Bank shall have immediate relief from the bankruptcy automatic stay imposed by Bankruptcy Code Section 362(a), and any other applicable stays and injunctions, with respect to its lien interest in the Property to allow it to commence a non-judicial trustee's sale of the Property pursuant to applicable Arizona foreclosure law located at A.R.S. §33-801 *et. seq.* (the "Foreclosure Sale"). M&I Bank, however, covenants and agrees that it <u>shall not</u> publish notice of the Foreclosure Sale prior to June 3, 2009 and <u>not</u> conduct the pending Foreclosure Sale of the Property until expiration date of September 4, 2009.

H. Debtors and M&I Bank agree that the terms of this Stipulation shall be expressly ratified by and included in any Chapter 11 plan of reorganization to be filed by the Debtors in this bankruptcy proceeding;

I. Nothing contained herein shall prejudice, impair or otherwise affect the right of M&I Bank, at any time, to seek: (i) dismissal or conversion of this case under Bankruptcy Code §1112; (ii) appointment of a Chapter 11 Trustee; or (iii) any other appropriate relief available under the Bankruptcy Code;

J. Except as otherwise provided for herein, nothing in this Stipulation is intended to, nor shall, affect M&I Bank's nor the Debtor's (or their respective success-in-interest') rights, remedies or obligations under Note and Deed of Trust or applicable non-bankruptcy law;

K. Except as specifically provided for herein, the provisions of this Stipulation shall be without prejudice to, and shall in no way affect, modify, waive or estop the rights, remedies or contentions of M&I Bank or the Debtor with respect to any matter which may rightfully be brought before the Bankruptcy Court;

L. This Stipulation is signed in connection with a "core" proceeding as defined in 28 U.S.C. §157(b) and shall be valid and effective when approved by the

4

Bankruptcy Court;

M. The provisions of this Stipulation shall be binding upon and inure to the benefit of M&I Bank and the Debtor and his respective successors and assigns including, without limitation, any Chapter 11 or Chapter 7 trustee that may be appointed in this bankruptcy proceeding;

N. Subject to the approval of the Bankruptcy Court, each of the parties hereto represents and warrants that they have full power and authority to enter into this Stipulation;

O. This Stipulation may not be modified, amended, altered or waived except in a writing signed by the parties hereto or their duly authorized agents;

P. This Stipulation may be executed in any number of counterparts, each of which shall be deemed an original, but all of which counterparts taken together shall constitute one and the same instrument; and

Q. The Bankruptcy Court shall retain jurisdiction to resolve all disputes concerning the interpretation and enforcement of this Stipulation.

RESPECTFULLY SUBMITTED this 10th day of March, 2009.

**FOLKS & O'CONNOR, PLLC**

By /s/ Larry Folks
Larry O. Folks
1850 North Central Ave, Suite 1140
Phoenix, AZ 85004
*Attorneys for M&I Marshall & Ilsley Bank,, a Wisconsin corporation*

5

FOLKS & O'CONNOR, PLLC
1850 NORTH CENTRAL AVE, SUITE 1140
PHOENIX, ARIZONA 85004
(602) 262-2265

NUSSBAUM & GILLIS, P.C.

By /s/ Dean M. Dinner
Dean M. Dinner
14500 N. Northsight Blvd.,
Suite 116
Scottsdale, AZ 85260
*Attorneys for the Debtors*

**ORIGINAL** of the foregoing electronically filed this 10th day of March, 2009, with:

United States Bankruptcy Court
230 North Central Avenue, Suite 101
Phoenix, AZ 85003-1706

**COPY** of the foregoing mailed this 10th day of March, 2009, to:

James R. Baker
5620 E. Nauni Valley Dr.
Paradise Valley, AZ 85253
*Debtors*

Dean M. Dinner
Nussbaum & Gillis
14500 N. Northsight Blvd., Suite 116
Scottsdale, AZ 85260
*Attorneys for the Debtors*

List Of Twenty Largest Unsecured Creditors

Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003

By: /s/ Kathlyn Maez
    *An Employee of Folks & O'Connor, PLLC*

6