1  Larry O. Folks, Esq. #012142
2  **FOLKS & O'CONNOR, PLLC**
   1850 N. Central Ave, Suite 1140
3  Phoenix, Arizona 85004
   Telephone: (602) 256-5906
   Facsimile:  (602) 256-9101
4  E-mail: *folks@folksoconnor.com*
   *Attorneys for M&I Marshall & Ilsley Bank*
5

6  Dean M. Dinner, Esq. #010216
   **Nussbaum & Gillis, PC**
7  14500 N. Northsight Blvd., Suite 116
   Scottsdale, AZ 85260
8  Telephone: (480) 609-0011
   Facsimile:  (480) 609-0016
   *Attorneys for the Debtor*

9

10          # IN THE UNITED STATES BANKRUPTCY COURT

11          ## IN AND FOR THE DISTRICT OF ARIZONA

12

| | |
|---|---|
| In re: | Chapter 11 Proceeding |
| JAMES R. BAKER, | Case No.: 2:08-bk-12806-RJH |
| Debtor. | |
| | **STIPULATION PROVIDING FOR: (1) RELIEF FROM THE AUTOMATIC STAY; AND (2) OTHER RELATED RELIEF** |
| M&I MARSHALL & ILSLEY BANK, a Wisconsin corporation, | |
| Movant, | **(Concerns Real Property Known as Parcel #169-01-003G, Paradise Valley, AZ)** |
| v. | |
| JAMES R. BAKER, | |
| Respondent. | |

23          M&I Marshall & Ilsley Bank, a Wisconsin corporation ("M&I Bank"), a secured

24  creditor in the above-captioned bankruptcy proceeding, and James R. Baker, the debtor

25  and debtor-in-possession (the "Debtor"), hereby submit this written stipulation (this

26  "Stipulation") and represent the following to the Bankruptcy Court:

FOLKS & O'CONNOR, PLLC
1850 NORTH CENTRAL AVE, SUITE 1140
PHOENIX, ARIZONA 85004
(602) 262-2265

**I.**

## RECITALS

1. On September 23, 2008 (the "Petition Date"), the Debtor filed a voluntary petition relief under Chapter 11 of the Bankruptcy Code.

2. On June 16, 2005, James R. Baker executed and delivered to M&I Bank a certain Mortgage Note in the original principal balance of $1,628,000.00 (the "Note"). A true and accurate copy of the Note is attached hereto as Exhibit 1 and is herein incorporated by this reference.

3. On June 16, 2005, James R. Baker, as trustor, executed and delivered to M&I Bank, as beneficiary, a certain Deed of Trust which was recorded on June 17, 2005, with the Maricopa County Recorder as Instrument No. 2005-0828113 (the "Deed of Trust") to pledge a security interest in and lien upon the property known as Parcel #169-01-003G, Paradise Valley, Arizona and legally described by the Deed of Trust (the "Property"). A true and accurate copy of the Deed of Trust is attached hereto as Exhibit 2 and is herein incorporated by this reference.

4. M&I Bank is the sole holder and owner of the Note and Deed of Trust.

5. The Note and Deed of Trust, taken collectively, evidence M&I Bank's valid, perfected and first-priority lien upon the Property.

6. As of the Debtor's Petition Date, the balance due under the Note was comprised of the following: (i) $1,628,000.00 of unpaid principal; (ii) $57,093.05 of accrued and unpaid interest; and (iii) $1,271.88 of late fees: (iv) $800.00 appraisal fee; and (v) attorney fees and costs of $650.00 for a total of $1,687.814.93 (the "Loan Balance").

7. The Debtor has not paid any post-petition payments to M&I Bank.

///

2

FOLKS & O'CONNOR, PLLC
1850 NORTH CENTRAL AVE, SUITE 1140
PHOENIX, ARIZONA 85004
(602) 262-2265

## II.

## OPERATIVE PROVISIONS

WHEREFORE, based upon the foregoing, M&I Bank and the Debtor hereby **STIPULATE AND AGREE** as follows:

A.      That the Recitals set forth above are true and correct and are hereby incorporated into this Operative Provisions section of this Stipulation by reference;

B.      That on November 12, 2008, M&I Bank filed and properly noticed in this proceeding a Motion For Relief From the Automatic Stay (the "MFR") pursuant to the requirements of Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1, that the Debtor was the only party to file an Objection to the MFR and, as a result, no additional notice shall be required to obtain Bankruptcy Court approval of the terms and conditions of this Stipulation;

C.      The Debtor hereby acknowledges that M&I Bank holds a valid, perfected and enforceable first-priority lien upon the Property and shall retain such lien upon the Property;

D.      The Debtor acknowledges that neither M&I Bank's lien upon the Property, nor any transfer made to M&I Bank, is subject to avoidance under Bankruptcy Code §§544, 545, 546, 547, 548, 549, 550, nor any other provision of the Bankruptcy Code;

E.      That M&I Bank's secured claim evidenced by the Note and Deed of Trust is an allowed secured claim as defined by Bankruptcy Code §§502(a) and 506(a);

F.      That Debtor shall maintain insurance coverage on the Property in an amount which is at least equal to the amount of insurance coverage required under the Note and Deed of Trust;

G.      Debtor and M&I Bank hereby agree that upon entry of a Bankruptcy

FOLKS & O'CONNOR, PLLC
1850 NORTH CENTRAL AVE, SUITE 1140
PHOENIX, ARIZONA 85004
(602) 262-2265

3

Court order approving the terms set forth in this Stipulation, M&I Bank shall have immediate relief from the bankruptcy automatic stay imposed by Bankruptcy Code Section 362(a), and any other applicable stays and injunctions, with respect to its lien interest in the Property to allow it to commence a non-judicial trustee's sale of the Property pursuant to applicable Arizona foreclosure law located at A.R.S. §33-801 *et. seq.* (the "Foreclosure Sale"). M&I Bank, however, covenants and agrees that it shall not conduct the pending Foreclosure Sale of the Property until expiration date of May 4, 2009.

H.   Debtors and M&I Bank agree that the terms of this Stipulation shall be expressly ratified by and included in any Chapter 11 plan of reorganization to be filed by the Debtors in this bankruptcy proceeding;

I.   Nothing contained herein shall prejudice, impair or otherwise affect the right of M&I Bank, at any time, to seek: (i) dismissal or conversion of this case under Bankruptcy Code §1112; (ii) appointment of a Chapter 11 Trustee; or (iii) any other appropriate relief available under the Bankruptcy Code;

J.   Except as otherwise provided for herein, nothing in this Stipulation is intended to, nor shall, affect M&I Bank's nor the Debtor's (or their respective success-in-interest') rights, remedies or obligations under Note and Deed of Trust or applicable non-bankruptcy law;

K.   Except as specifically provided for herein, the provisions of this Stipulation shall be without prejudice to, and shall in no way affect, modify, waive or estop the rights, remedies or contentions of M&I Bank or the Debtor with respect to any matter which may rightfully be brought before the Bankruptcy Court;

L.   This Stipulation is signed in connection with a "core" proceeding as defined in 28 U.S.C. §157(b) and shall be valid and effective when approved by the

4

Bankruptcy Court;

M.    The provisions of this Stipulation shall be binding upon and inure to the benefit of M&I Bank and the Debtor and his respective successors and assigns including, without limitation, any Chapter 11 or Chapter 7 trustee that may be appointed in this bankruptcy proceeding;

N.    Subject to the approval of the Bankruptcy Court, each of the parties hereto represents and warrants that they have full power and authority to enter into this Stipulation;

O.    This Stipulation may not be modified, amended, altered or waived except in a writing signed by the parties hereto or their duly authorized agents;

P.    This Stipulation may be executed in any number of counterparts, each of which shall be deemed an original, but all of which counterparts taken together shall constitute one and the same instrument; and

Q.    The Bankruptcy Court shall retain jurisdiction to resolve all disputes concerning the interpretation and enforcement of this Stipulation.

RESPECTFULLY SUBMITTED this 10th day of March, 2009.

FOLKS & O'CONNOR, PLLC

By /s/   Larry Folks
Larry O. Folks
1850 North Central Ave, Suite 1140
Phoenix, AZ 85004
*Attorneys for M&I Marshall & Ilsley Bank,, a Wisconsin corporation*

FOLKS & O'CONNOR, PLLC
1850 NORTH CENTRAL AVE, SUITE 1140
PHOENIX, ARIZONA 85004
(602) 262-2265

5

NUSSBAUM & GILLIS, P.C.

By _____
Dean M. Dinner
14500 N. Northsight Blvd.,
Suite 116
Scottsdale, AZ 85260
*Attorneys for the Debtors*

**ORIGINAL** of the foregoing
electronically filed this \10th day
of March, 2009, with:

United States Bankruptcy Court
230 North Central Avenue, Suite 101
Phoenix, AZ 85003-1706

**COPY** of the foregoing mailed
this \10th day of March, 2009, to:

James R. Baker
5620 E. Nauni Valley Dr.
Paradise Valley, AZ 85253
*Debtors*

Dean M. Dinner
Nussbaum & Gillis
14500 N. Northsight Blvd., Suite 116
Scottsdale, AZ 85260
*Attorneys for the Debtors*

List Of Twenty Largest Unsecured Creditors

Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003

By:   /s/ Kathlyn Maez
     *An Employee of Folks & O'Connor, PLLC*

FOLKS & O'CONNOR, PLLC
1850 NORTH CENTRAL AVE, SUITE 1140
PHOENIX, ARIZONA 85004
(602) 262-2265

6